WR-42,639-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/21/2015 5:37:37 PM
Accepted 1/22/2015 8:28:57 AM
ABEL ACOSTA
CLERK

IN THE TEXAS COURT OF CRIMINAL APPEALS

AND

RECEIVED
COURT OF CRIMINAL APPEALS
1/22/2015
ABEL ACOSTA, CLERK

IN THE DISTRICT COURT OF SMITH COUNTY, TEXAS
114TH JUDICIAL DISTRICT

---

| | | |
|---|---|---|
| EX PARTE ROBERT CHARLES LADD, | § | |
| | § | |
| | § | |
| | § | Trial Court Cause |
| APPLICANT | § | Number 114-80350-97-B |
| | § | |
| | § | |
| | § | |

---

**MOTION FOR STAY OF EXECUTION**

DEATH PENALTY CASE
EXECUTION SCHEDULED: JAN. 29, 2015

BRIAN W. STULL
State Bar No. 24068749
201 W. Main Street,
Suite 402
Durham, NC 27701
919.682.9469 (office)
919.682.5961 (fax)
bstull@aclu.org

ATTORNEY FOR APPLICANT

**TO THE HONORABLE JUDGES OF THIS COURT:**

Applicant Robert Charles Ladd, through undersigned counsel, respectfully requests that this Court enter an order staying Mr. Ladd's execution currently scheduled for Thursday, January 29, 2015.

Mr. Ladd has filed an application for writ of habeas corpus that states a *prima facie* claim for relief pursuant to *Atkins v. Virginia*, 536 U.S. 304 (2002) and *Hall v. Florida*, 134 S.Ct. 1986 (2014). This claim satisfies Texas Code of Criminal Procedure, art. 11.071, § 5(a)(1), because it is based on a legal ground that was unavailable when Mr Ladd filed his previous application. It also satisfies Texas Code of Criminal Procedure, art. 11.071, § 5(a)(3), because it makes a threshold showing of evidence sufficient to support a conclusion that, by clear and convincing evidence, no rational fact finder could fail to find intellectual disability. *See Ex Parte Blue*, 230 S.W.3d 151 (Tex. Crim. App. 2007). Due process and the interests of justice now require a stay of execution so that Mr. Ladd's *Atkins* claim may be orderly litigated. This Court has stayed many executions under similar circumstances. *See, e.g.,* Order, *Ex parte Cathey*, WR-55,161-02 (Tex. Crim. App. Nov. 18, 2008); Order, *Ex parte Bridgers*, No. WR-45,179-02 (Tex. Crim. App. July 21, 2006); Order, *Ex parte Murphy*, No. WR-38,198-03 (Tex. Crim. App. Jan. 18, 2006).

## PRAYER FOR RELIEF

For the foregoing reasons, Mr. Ladd respectfully requests that this Court stay his execution, currently scheduled for Thursday, January 29, 2015.

Respectfully submitted,

Brian Stull,
Counsel for Robert Charles Ladd

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served by personal delivery on the
Arthur D' Andrea
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
(512) 936-2868
arthur.dandrea@texasattorneygeneral.gov
on January 21, 2015 at the following addresses:

3